IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KETTLER INTERNATIONAL, INC.,

    Plaintiff-
    Counterclaim Defendant,

v.                                     Civil Action No. 2:14cv189

STARBUCKS CORPORATION,

    Defendant-
    Counterclaim Plaintiff.

## OPINION AND ORDER

This matter is before the Court on Plaintiff-Counterclaim Defendant Kettler International, Inc.'s ("Kettler") Motion for Leave to File Supplemental Authority. Doc. 54. Kettler has moved for leave to file discovery responses submitted by Defendant-Counterclaim Plaintiff Starbucks Corporation ("Starbucks"), which shows that three of four chairs identified in Starbucks' Opposition to Kettler's Motion for Sanctions as having broken at Starbucks locations have been destroyed. Kettler argues that such conduct is further evidence in support of its Motion for Sanctions.

Pursuant to Local Rule of Civil Procedure 7(F)(1), leave of court is required to file additional briefs or written communications after Plaintiff's reply brief is filed. These discovery responses are relevant to the pending Motion for Sanctions, and were filed after Kettler's deadline to file a reply brief.

Accordingly, the Motion for Leave to File is **GRANTED**. If Starbucks is so advised, it may file a written submission in response. Any such submission may not exceed three (3) pages, and shall be filed within five (5) days from the entry of this Order.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

1

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Date: January 6, 2015